CR 12 (Rev. 5/03)    **WARRANT FOR ARREST**

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MAO PING LI, a/k/a "Jackie Li," and FNU LNU | DOCKET NO.<br>**10 CRIM 853** | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>FNU LNU<br>(photograph attached) | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Harboring Illegal Aliens

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/7/10]

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>8 | SECTIONS<br>1324(a)(1)(A)(iii),<br>1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i) |
|---|---|---|
| ORDERED BY | BAIL   OTHER CONDITIONS OF RELEASE<br>SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>[signature] | DATE ORDERED<br>9/22/10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>09/22/10<br>DATE EXECUTED<br>10/07/10 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>G. JUANN DOD | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

