USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

      -v.-                         :          NOLLE PROSEQUI

XIU YUN SHI,                       :          S1 10 Cr. 853 (RWS)

      Defendant.                   :

- - - - - - - - - - - - - - - - - x

       1.   The filing of this nolle prosequi will dispose of this case with respect to the defendant XIU YUN SHI.

       2.   On December 1, 2010, Indictment S1 10 Cr. 853 was filed, charging defendant XIU YUN SHI, among others, with one count of conspiracy to harbor illegal aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i), and one substantive count of harboring illegal aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

       3.   On or about May 11, 2012, the defendant XIU YUN SHI and the Government entered into a deferred prosecution agreement. Pursuant to the terms of the agreement, SHI agreed to comply with specific terms set forth therein for a period of three months. The Government agreed that, if SHI complied with such terms, no further prosecution would be instituted against SHI for the offenses described above.

       4.   On or about August 2, 2012, the Government received a written report from the United States Pretrial Services Office indicating that the defendant XIU YUN SHI had complied with all of the terms of her deferred prosecution

agreement for the stipulated period.

       5. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to the defendant XIU YUN SHI with respect to Indictment S1 10 Cr. 853 (RWS).

                                          _____
                                        IAN MCGINLEY
                                        Assistant United States Attorney
                                        (212) 637-2257

Dated:    New York, New York
           October 22, 2012

*So ordered*
*Sweet T USDJ*
*11.13.12*

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant XIU YUN SHI with respect to Indictment S1 10 Cr. 853 (RWS).

_____
PREET BHARARA
United States Attorney
Southern District of New York

Dated:   New York, New York
         ~~October~~ 6, 2012
         November

SO ORDERED:

_____
HON. ROBERT W. SWEET
United States District Judge
Southern District of New York

Dated:   New York, New York
         ~~October~~ 11.8, 2012